**Order entered July 11, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00005-CV

## THE ESTATE HONORY LOUISE GREEN JR., CARE OF LINDA LEWIS PERSONAL REPRESENTATIVE, ET AL, Appellants

**V.**

## SELECT MEDICAL CORPORATION, ET AL, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10338**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

This appeal was filed by Linda Lewis, appearing pro se, in her capacity as personal representative of her father's estate as well as on behalf of her siblings, mother, and herself. Because Lewis is not a licensed attorney, we questioned whether she could appear on behalf of the estate and whether her notice of appeal filed on behalf of her family was effective. *See Paselk v. Rabun*, 293 S.W.3d 600, 606 (Tex. App.—Texarkana 2009, pet. denied) (layperson may not file notice of appeal on behalf of another person); *Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App.—Waco 2006, order) (per curiam) (pro se appellant may not prosecute appeal in capacity as independent executor of estate).

At our request, Lewis filed a letter brief addressing our concerns, but the letter failed to demonstrate she had authority to represent her family or proceed in her capacity as personal

representative of the estate.[1]  We then gave each family member an opportunity to file an amended notice of appeal signed by all who wished to pursue the appeal.  *See* TEX. R. APP. P. 9.1(b), 25.1(c),(e)-(g).  We cautioned each that failure to comply by May 21, 2018 could result in dismissal of his or her appeal.

Rather than an amended notice of appeal, a motion to recuse the Court was filed.  The motion was denied and, although more than a month has passed since the motion was denied, the amended notice of appeal has still not been filed.  Accordingly, we **DISMISS** the appeal as to Jeraline Green, Laura Roberts, Ruby Anthony, Kathy Rodeo, Raymond Green, and Johnnie Green.  *See* TEX. R. APP. P. 42.1(a).  We further **DISMISS** the appeal filed by Lewis in her capacity as personal representative of her father's estate.  *See id.*  The appeal shall proceed only as to Lewis in her individual capacity.

As the clerk's record has been filed and Lewis has informed the Court she no longer wishes to have the reporter's record filed, we **ORDER** Lewis to file her brief within thirty days of the date of this order.

We **DIRECT** the Clerk of the Court to change the style of the appeal to *Linda Lewis v. Select Medical Corporation, Select Medical Corporation CEO David Chernow, Executive Chairman Robert Ortenzio, Vice Chairman Rocco A. Ortenzio, Select Specialty Hospital South Dallas, Dr. Adolphus Gist, Associate Judge Sheryl Day McFarlin, and Senior Judge Michael J. O'Neill.*

/s/     DAVID EVANS
         JUSTICE

---

[1] Lewis attached to her letter brief a copy of a "power of attorney" reflecting she had power to act as executive administrator of the estate and for her mother and siblings.  A power of attorney, however, authorizes an individual only to transact business for the principal; it does not authorize a person to act as a licensed attorney, representing individuals in proceedings in court.  *See Harkins v. Murphy & Bolanz*, 112 S.W. 136, 138 (Tex. Civ. App.—Dallas 1908, writ dism'd); BLACK'S LAW DICTIONARY 1013 (9th ed., 2010).